# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | No. 76 MM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN E. WETZEL (SECRETARY OF | : | |
| CORRECTIONS), DORINA VARNER | : | |
| (CHIEF GRIEVANCE OFFICER), BARRY | : | |
| SMITH (FACILITY MANAGER, S.C.I. | : | |
| HOUTZDALE), SUSAN MCQUILLEN (I/M | : | |
| EMPLOYMENT OFFICER) | : | |
| (HOUTZDALE), GINTER (UNIT | : | |
| MANAGER, S.C.I. HOUTZDALE), | : | |
| PITTSINGER (FOOD SERVICE | : | |
| MANAGER, HOUTZDALE), DERRING | : | |
| (FOOD SERVICE STAFF MEMBER, | : | |
| HOUTZDALE),  PA. DEPARTMENT OF | : | |
| CORRECTIONS OFFICIALS, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2018, the Petition for Review and the Motion to Quash are DENIED.